**Order entered March 5, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01086-CR
No. 05-18-01087-CR
No. 05-18-01088-CR

**JUAN GUEVARA LAUREANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 2-16-209, 2-16-210 & 2-16-224**

## ORDER

Before the Court is the State's March 4, 2019 second motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief filed on or before **April 3, 2019**. If the State's brief is not filed by April 3, 2019, these appeals may be submitted without the State's brief.

/s/  LANA MYERS
    JUSTICE